**2007-1761.  State v. Jackson.**

Cuyahoga App. No. 88074, 2007-Ohio-2494. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

**2007-1770.  State v. Wilkins.**

Montgomery App. No. 21562, 2007-Ohio-2962. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and PFEIFER, J., dissent.

**2007-1798.  State v. Henson.**

Erie App. No. E–06–021, 2007-Ohio-3567. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**2007-1799.  State v. Shelton.**

Cuyahoga App. No. 88477, 2007-Ohio-3900. On motion for leave to file delayed appeal. Motion granted.

LUNDBERG STRATTON and O'CONNOR, JJ., dissent.

**2007-1812.  State v. Harris.**

Hamilton App. No. C–060587. On motion for leave to file delayed appeal. Motion granted.

LUNDBERG STRATTON, O'CONNOR, and O'DONNELL, JJ., dissent.

**2007-1815.  State v. Adams.**

Butler App. No. CA2006-07–160, 2007-Ohio-2583. On motion for leave to file delayed appeal. Motion denied.

PFEIFER and O'DONNELL, JJ., dissent.

**2007-1827.  State v. Lothes.**

Portage App. No. 2006–P–0086, 2007-Ohio-4266. On motion for stay of court of appeals' judgment. Motion denied.

**2007-1837.  State v. Razo.**

Lorain App. No. 05CA008639, 2005-Ohio-3793. On motion for leave to file delayed appeal. Motion denied.

**2007-1900.  State ex rel. Stillwell v. Timmerman–Cooper.**

Madison App. No. CA2007-04–014. On motion for stay of court of appeals' judgment. Motion denied.

**2007-1910.  Hylant Group, Inc. v. Locker.**

Cuyahoga App. No. 90289. On motion for immediate stay of permanent injunction. Motion denied.

MOYER, C.J., and LUNDBERG STRATTON and O'DONNELL, JJ., dissent and would grant the motion subject to an appropriate bond.

**2007-1911.  State v. Lindsay.**

Logan App. No. 8–06–24, 2007-Ohio-4490. On motion for stay of court of appeals' judgment. Motion denied.

LUNDBERG STRATTON and O'CONNOR, JJ., dissent.

# APPEALS ACCEPTED FOR REVIEW

**2007-1358.  Zajc v. Hycomp.**

Cuyahoga App. No. 88421, 172 Ohio App.3d 117, 2007-Ohio-2637. Discretionary appeal accepted.

O'DONNELL, J., would accept the appeal on Proposition of Law No. II only.

LANZINGER, J., would accept the appeal on Proposition of Law Nos. I and II only.

PFEIFER, J., dissents.

Motion for admission pro hac vice of Nancy L. Heilman by Keith A. Ashmus granted.